UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBLE SALAD,<br><br>Petitioner,<br><br>v.<br><br>RENALDO CASTRO, GEO Group as Warden of the South Texas Detention Center; MIGUEL VERGARA, Director Of the San Antonio Field Office of ICE Enforcement and Removal Operations Division; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLINS, Secretary of the Department of Homeland Security, and TODD BLANCHE, Attorney General of the United States,<br><br>Respondents. | § | SA-26-CV-6602-FB (HJB) |

**ORDER SETTING VIDEO STATUS CONFERENCE**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Docket Entry 1) filed on October 14, 2026. On October 16, 2026, this case, which was referred by the District Court to the undersigned for pretrial proceedings including any requests for injunctive relief pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 3.)

It is hereby **ORDERED** that a Status Conference is set on **November 4, 2026**, at **3:30 P.M.** The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov if experiencing any technical difficulties.

**SIGNED** on October 27, 2026.

Henry J. Bemporad
United States Magistrate Judge