UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBLE SALAD,<br><br>Petitioner,<br><br>v.<br><br>RENALDO CASTRO, GEO Group as Warden of the South Texas Detention Center; MIGUEL VERGARA, Director Of the San Antonio Field Office of ICE Enforcement and Removal Operations Division; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLINS, Secretary of the Department of Homeland Security, and TODD BLANCHE, Attorney General of the United States,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-26-CV-6602-FB (HJB) |

**ORDER**

Before the Court is the status of this case which has been referred by the District Court to the undersigned for pretrial proceedings including any requests for injunctive relief pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 3.) The court held a Status Conference on November 4, 2026. In accordance with the Court's ruling at the Status Conference, it is hereby **ORDERED** that Petitioner may file a response to Federal Respondents' Supplement (Docket Entry 7) **on or before November 18, 2026**, and Respondents may file a reply **on or before November 24, 2026**.

**SIGNED** on November 4, 2026.

Henry J. Bemporad
United States Magistrate Judge